# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1762
_____

Lisa Barber,                 *
                                *
          Appellant,      *
                                *
       v.                      * Appeal from the United States
                                * District Court for the
Jo Anne B. Barnhart, Commissioner,   * Eastern District of Arkansas.
Social Security Administration,       *
                                *        [UNPUBLISHED]
          Appellee.       *

_____

Submitted:  August 29, 2003

Filed:  September 4, 2003
_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Lisa Barber appeals from the district court's[1] dismissal as untimely of her complaint seeking review of the Commissioner's denial of supplemental security income. Having carefully reviewed the record and the parties' submissions on appeal,

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the proposed findings and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

we conclude that dismissal of the complaint was proper, because it was filed more than sixty days after her attorney received notice of the Commissioner's final decision.  <u>See</u> 42 U.S.C. § 405(g); <u>Bess v. Barnhart</u>, 337 F.3d 988, 990 (8th Cir. 2003) (per curiam) (limitations period under § 405(g) is triggered by notice received by either claimant or claimant's attorney, whichever occurs first).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.